

# Nkrumah Law P.L.L.C.

20 Vesey Street, Suite 400

New York, New York 10007

Kafahni Nkrumah, Esq.  
Attorney at Law

Office: (917) 722-2430  
Cell: (718) 496-8744  
kankrumahesq@aol.com

March 13, 2019

**ECF**

Hon. Nelson S. Roman

U. S. District Judge

The Hon. Charles L. Brieant Jr.

Federal Building and Untied States Courthouse

300 Quarropas St.

White Plains, NY 10601-4150

Re:   U.S. v. Douglas Owens, et. al., 17 CR 506/NSR - 01

Dear Honorable Court:

      I am writing this letter to respectfully request an adjournment of the sentencing hearing for Mr. Douglas Owens which is currently scheduled for March 29, 2019 at 12:00pm. Counsel respectfully requests this Honorable Court to **reschedule the sentencing hearing to April 29th, 2019** or any date thereafter that is most convenient for the Court. I have spoken with the Assistant United States Attorney, Maureen Comey, regarding this request and the government consents to the requested adjournment.

      Counsel respectfully makes this request to continue preparing Mr. Owens' sentencing submission. Counsel is currently awaiting additional sentencing submission documents from Mr. Owens' family and although arrangements were made to meet with his family, due to conflicts in counsel's schedule he was unable to meet with Mr. Owens' family. Counsel is also in preparation/studying for the MPRE Examination which is being held on March 23, 2019.

      This is Mr. Owens' second request for an adjournment of his sentencing hearing. If granted, the parties request that their sentencing submissions be submitted according to the court rules, defense submission due on April 15th, 2019 and the government's submission due on April 22nd, 2019.

      Thank you for your consideration of this matter.

*[Handwritten memo endorsement:]* Sentencing adjourned from March 29, 2019 until May 3, 2019 at 10:00 am. Clerk of the Court requested to terminate the motion (doc. 132). Dated: March 14, 2019

SO ORDERED:

HON. NELSON S. ROMAN  
UNITED STATES DISTRICT JUDGE

*[Stamp:]* USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 3/14/2019

Respectfully Submitted,

/s/ Kafahni Nkrumah,

KAFAHNI NKRUMAH, Esq.

Counsel for Mr. Owens

NKRUMAH LAW PLLC

20 Vesey Street, Suite 400

New York, New York 10007

(718) 496-8744 (o)

kankrumahesq@aol.com

cc:   (by ecf)
     Ms. Maureen Comey
     Mr. Christopher Clore
     Assistant United States Attorneys