IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

vs.                                                    CASE NO. S1 17 CR 506/NSR-01

DOUGLAS OWENS, et. al.,

    Defendant.

_____/

October 28, 2019

**ECF**
Hon. Nelson S. Roman
U. S. District Judge
The Hon. Charles L. Brieant Jr.
Federal Building and Untied States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

    Re:    U.S. v. Douglas Owens, et. al., 17 CR 506/NSR-01

Dear Honorable Court:

    I am writing this letter to respectfully request that Mr. Owens sentencing hearing scheduled for October 31, 2019 at 11a.m., be adjourned for counsel to respectfully request to be relieved as counsel for Mr. Douglas and new counsel be appointed to represent him. Counsel would also respectfully request that this Court would allow counsel to attend Mr. Owens next scheduled appearance by telephone.

    I, Kafahni Nkrumah, was appointed to represent Mr. Owens on August 17, 2017. Mr. Douglas plead guilty on October 23, 2018. Mr. Owens' sentencing was originally set for January 25, 2019. There have been four adjournments of Mr. Owens' sentencing to allow Mr. Owens the

---

The application is  X granted.
                     ___ denied.

_____
Nelson S. Roman, U.S.D.J.
Dated: Dec. 18, 2019
White Plains, New York 10601

Clerk of the Court requested to terminate the motion (doc. 214).

opportunity to complete a program that he was enrolled in. On September 18, 2019 counsel was offered, and accepted, a position as an Assistant Federal Public Defender in the Office of the Federal Public Defender for the Western District of Tennessee, in Memphis, Tennessee. Counsel began working for the Federal Public Defender's office on September 30, 2019 and relocated to the Memphis, Tennessee area a few days prior to beginning my new position. Counsel apologizes to the court for the delay in filing this request but in counsels' attempt to getting adjusted, counsel unintentionally delayed filing this request.

Because of counsel's new position, the distance and counsel's inability to effectively represent Mr. Owens because of the distance, and the fact that counsel has effectively ended his solo practice, counsel represents that he can no longer represent Mr. Owens in this matter and respectfully request that I be relieved as counsel for Mr. Owens and he be appointed new CJA counsel. Counsel would also respectfully request to be allowed to attend Mr. Owens' next scheduled appearance by telephone. Counsel spoke to Mr. Owens regarding the possibility of counsel being offered this position and counsel has mailed a copy of this motion to Mr. Owens.

I have spoken with the Assistant United States Attorney, Maureen Comey, regarding this request and the government consents to the requested adjournment. This is Mr. Owens' fifth (5) request for an adjournment.

Thank you for your consideration of this matter.

Respectfully Submitted,
/s/ Kafahni Nkrumah,
KAFAHNI NKRUMAH, Esq.
Counsel for Mr. Owens

NKRUMAH LAW PLLC
20 Vesey Street, Suite 400
New York, New York 10007
(718) 496-8744 (o)
kankrumahesq@aol.com

cc: (by ecf)
Ms. Maureen Comey
Mr. Christopher Clore
Assistant United States Attorneys

(by mail)
Mr. Douglass Owens