UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x

UNITED STATES OF AMERICA

    -against-

DOUGLAS OWENS,

    Defendant.

------------------------------------------------------x

**ORDER**

S1 17 Cr. 506-01 (NSR)

**ROMÁN, D.J.:**

The C.J.A. attorney assigned to this case _____Kafahni Nkrumah_____ is hereby ordered substituted
                                                        Attorney's Name

and the representation of the defendant in the above captioned matter is assigned to C.J.A. attorney

_____Sanford Talkin_____.
      Attorney's Name

SO ORDERED.

_____
NELSON S. ROMÁN,
UNITED STATES DISTRICT JUDGE

Dated: White Plains, New York
         December 18, 2019

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/18/2019