UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
UNITED STATES OF AMERICA,

                                  Plaintiff,                 **ORDER OF REMAND**

-against-                                      17 CR 506 (NSR)

DOUGLAS OWENS,

                                Defendant.
----------------------------------------------------------------X

       Following Defendant Douglas Owens' bail revocation hearing before the undersigned on December 4, 2024, it is

       ORDERED, that the defendant is hereby remanded to the custody of the United States Marshal.

Dated:  December 4, 2024
           White Plains, New York

                                                      **SO ORDERED:**

                                                        _____
                                                        JUDITH C. McCARTHY
                                                       United States Magistrate Judge