UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

DOUGLAS OWENS,

Defendant.

17 CR 506-01 (NSR)

RESCHEDULING ORDER

NELSON S. ROMÁN, U.S.D.J.:

**Due to a Court scheduling conflict, the IN-PERSON VOSR Arraignment Conference is rescheduled from January 17, 2025 until January 29, 2025 at 10:00 am, without objection by the parties, in Courtroom 218**.

Dated: January 15, 2025
White Plains, New York

SO ORDERED.

NELSON S. ROMÁN
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/15/2025