USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __5/15/2026__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

DOUGLAS OWENS,

Defendant.

17-CR-506-1 (NSR)

ORDER

NELSON S. ROMÁN, United States District Judge:

WHEREAS, on or about August 11, 2025, the U.S. Probation Department submitted a Violation report accusing the defendant, Douglas Owens, of eight specified violations of the terms of his supervision;

WHEREAS, on March 16, 2026, Defendant was arraigned on Specifications One through Eight of the February 17, 2026 Violation Report and consented to detention without prejudice;

WHEREAS, on May 15, 2026, Defendant appeared before the Court for a final violation of supervised release proceeding and Defendant admitted to Specifications One through Eight of the February 17, 2026 Violation Report;

WHEREAS, Owens and the Government agree that Owens should receive inpatient treatment for a substance abuse issue;

WHEREAS, Owens has been accepted into an inpatient treatment program operated by Arms Acres in Carmel, NY for a period of at least twenty-eight (28) days.

IT IS HEREBY ORDERED that Defendant Douglas Owens shall be released from custody on the condition that he be transferred directly from federal custody to the care of Arms Acres to participate in and successfully complete a residential inpatient substance abuse treatment program for a minimum period of twenty-eight (28) days.

IT IS FURTHER ORDERED that Defendant shall appear for sentencing on June 16, 2026 at 2:30 p.m., unless otherwise ordered by the Court, and shall comply with all conditions of supervised release previously imposed by the Court, as modified at the May 15, 2026 proceeding, including any further treatment, reporting, or placement directives imposed by the Probation Department and approved by the Court.

Dated: May 15, 2026
      White Plains, New York

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge